UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION                                         CASE NO. 3:22-CV-241

**Szabolcs Csapo**
PLAINTIFF

–v–

**Christopher Coon and
Dark Night Transport LLC**
DEFENDANTS

# NOTICE OF REMOVAL

The Defendants remove this matter from the Marshall Circuit Court to this court under 28 U.S.C. § 1441, *et seq*. In support of removal, they show the court that:

## BACKGROUND

(01) Szabolcs Csapo sued the Defendants in negligence in the Marshall Circuit Court, where his lawsuit was assigned case no. 50C01-2203-CT-000008.

(02) In his lawsuit, filed March 7, 2022, Csapo says he was injured in a traffic accident. The accident occurred in Marshall County, Indiana, on August 5, 2020. Csapo seeks damages for the injuries he attributes to it.

(03) A copy of Csapo's state-court complaint and the pleadings and process filed in that action is attached as Exhibit A.[1]

---

[1] 28 U.S.C. § 1446(a). The Defendants have not been served with process.

## Citizenship

④ Csapo is a Florida citizen.

⑤ Christopher Coon is a North Dakota citizen.

⑥ Dark Night Transport is a limited-liability company formed and based in North Dakota. Its principal place of business is North Dakota. It has just one member, an individual, who is a North Dakota citizen.

⑦ This is an action between citizens of different states.[2]

## Amount in Controversy

⑧ Csapo's complaint doesn't identify the amount in controversy; Indiana law forbids specifying the damages sought in personal-injury suits.[3] But he did issue a pre-suit settlement demand for over $1,000,000.[4]

⑨ Based on the demand, the amount in controversy exceeds $75,000, excluding interest and costs.

⑩ Because the parties are diverse, and the amount in controversy exceeds $75,000, this court has original jurisdiction[5] and this action may be removed to this court.[6]

⑪ Venue is proper in the Northern District, South Bend Division, as the events leading to the crash occurred in Marshall County, Indiana.[7]

⑫ The Defendants served a notice of removal, with a copy of this remov-

---

[2] 28 U.S.C. § 1332.

[3] Ind. T.R. 8(A)(2) ("[I]n any complaint seeking damages for personal injury or death, or seeking punitive damages, no dollar amount or figure shall be included in the demand").

[4] Ex. B. Where the complaint lacks an *ad damnum* clause, a pre-suit settlement demand constitutes the amount "in controversy" for diversity jurisdiction. *Rising-Moore v. Red Roof Inns, Inc.*, 435 F.3d 813, 816 (7th Cir. 2006).

[5] 28 U.S.C. § 1332.

[6] 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

[7] 28 U.S.C. § 94(a)(2).

al notice, upon Csapo and have filed the notice of removal with the Marshall Circuit Court.

Date: March 26, 2022  /s/ J. Thomas Vetne
J. Thomas Vetne | 19606-64

**Jones Obenchain, LLP**
Suite 400
130 S. Main St.
Post Office Box 4577
South Bend, IN 46634-4577

574.233.1194 | 574.233.8957 fax

jtv@jonesobenchain.com

Defendants' Attorney

## Certificate of Service

I certify that on March 26, 2021, I served this notice of removal on the following via email:

John L. Smith
Morgan & Morgan
426 Bank Street Suite 300
New Albany, IN 47150

Plaintiff's Attorneys

/s/ J. Thomas Vetne
J. Thomas Vetne | 19606-64